■ In the Matter of ROSENTHAL & ROSENTHAL v NEW YORK STATE URBAN DEVELOPMENT CORPORATION.—Motion for leave to appeal to the Court of Appeals granted, and this court, pursuant to CPLR 5713, states that questions of law have arisen which ought to be reviewed by said court. Concur—Sandler, J. P., Carro, Asch, Milonas and Kassal, JJ.

■ In the Matter of JACKSON v NEW YORK STATE URBAN DEVELOPMENT CORPORATION.—Motion for leave to appeal to the Court of Appeals granted, and this court, pursuant to CPLR 5713, states that questions of law have arisen which ought to be reviewed by said court. Concur—Sandler, J. P., Carro, Asch, Milonas and Kassal, JJ.